**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6510

FRANK PRIEST,

Plaintiff - Appellant,

v.

DARNLEY HODGE, SR., Superintendent of Riverside Regional Jail;
MS. BEACH, Accounting Tech of Riverside Regional Jail,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:08-cv-00098-GBL-TCB)

Submitted:  September 16, 2008      Decided:  September 19, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank Priest, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Priest appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Priest v. Hodge</u>, No. 1:08-cv-00098-GBL-TCB (E.D. Va. filed Feb. 29, 2008; entered Mar. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>